Fill in this information to identify your case:

United States Bankruptcy Court for the:

_____**Southern District of Texas**_____

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101
## Voluntary Petition for Individuals Filing for Bankruptcy            12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

|   | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Noel**<br>First name<br><br>**Arturo**<br>Middle name<br><br>**Zamora**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **3  2  0  3**<br>OR<br><br>**9**xx - xx - ___ ___ ___ ___ | xxx - xx - ___ ___ ___ ___<br>OR<br><br>**9**xx - xx - ___ ___ ___ ___ |

Debtor 1  **Noel**   **Arturo**   **Zamora**    Case number *(if known)* _____
　　　　　First Name   Middle Name   Last Name

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 4. **Your Employer Identification Number (EIN), if any.** | __ __ - __ __ __ __ __ __ __ <br> EIN <br><br> __ __ - __ __ __ __ __ __ __ <br> EIN | __ __ - __ __ __ __ __ __ __ <br> EIN <br><br> __ __ - __ __ __ __ __ __ __ <br> EIN |

5. **Where you live**

**775 W. Expressway 83**
Number　　Street

**Sullivan City, TX 78595**
City　　　　　　State　ZIP Code

**Hidalgo**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number　　Street

_____
P.O. Box

_____
City　　　　　　State　ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number　　Street

_____
City　　　　　　State　ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number　　Street

_____
P.O. Box

_____
City　　　　　　State　ZIP Code

6. **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____
_____
_____
_____

Debtor 1   **Noel**       **Arturo**        **Zamora**_____   Case number *(if known)*_____
          First Name    Middle Name       Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | District _____ | When _____ MM / DD / YYYY | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
                                 MM / DD / YYYY

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
                                 MM / DD / YYYY

**11. Do you rent your residence?**

☑ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101                   **Voluntary Petition for Individuals Filing for Bankruptcy**                   page 3

Debtor 1 **Noel** **Arturo** **Zamora**  Case number *(if known)* _____
         First Name   Middle Name   Last Name

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

✓ Yes. Name and location of business

El Pinto Cattle Company
*Name of business, if any*

P.O. Box 75
*Number        Street*

Sullivan City                                TX          78595
*City                                          State       ZIP Code*

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

✓ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☑ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1  **Noel**  **Arturo**  **Zamora**  Case number *(if known)* _____
       First Name  Middle Name  Last Name

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.
☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number    Street

_____
City     State     ZIP Code

| Debtor 1 | **Noel** | **Arturo** | **Zamora** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❑ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❑ **I am not required to receive a briefing about credit counseling because of:**

❑ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

❑ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

❑ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

❑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❑ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❑ **I am not required to receive a briefing about credit counseling because of:**

❑ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

❑ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

❑ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Noel**　　**Arturo**　　**Zamora**　　　　　　　　　　　　Case number *(if known)* _____
　　　　　First Name　　Middle Name　　Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☑ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
**Both Consumer and Business**

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

- ☑ No.   I am not filing under Chapter 7. Go to line 18.
- ☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**
- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,000-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X　*/S/Noel A. Zamora* _____

Noel Arturo Zamora , Debtor 1

Executed on  **09/29/2023**
　　　　　　　MM/ DD/ YYYY

Debtor 1  **Noel**  **Arturo**  **Zamora**  Case number *(if known)* _____
          First Name    Middle Name    Last Name

| | |
|---|---|
| **For your attorney, if you are represented by one** <br><br> **If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. <br><br> **X** */S/ Jose Luis Castillo*          Date **09/29/2023** <br> Signature of Attorney for Debtor          MM / DD / YYYY <br><br> **Jose Luis Castillo** <br> Printed name <br><br> **Law Office of Jose Luis Castillo, PC** <br> Firm name <br><br> **1810 San Bernardo Ave.** <br> Number    Street <br><br> **Laredo**         **TX**  **78040** <br> City         State  ZIP Code <br><br> Contact phone **(956) 508-8000**    Email address **jose.castillo@castillo-law.net** <br><br> 00798098         TX <br> Bar number         State |

# Form 1040-SR
Department of the Treasury—Internal Revenue Service
**U.S. Tax Return for Seniors** | **2022** | OMB No. 1545-0074 | IRS Use Only – Do not write or staple in this space.

**Filing Status**
Check only one box.

- [X] Single
- [ ] Married filing jointly
- [ ] Married filing separately (MFS)
- [ ] Head of household (HOH)
- [ ] Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

Your first name and middle initial: **Noel A**
Last name: **Zamora**
Your social security number: **XXX-XX-3203**

If joint return, spouse's first name and middle initial:
Last name:
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see instructions.
**P.O. Box 75**
Apt. no.

City, town, or post office: **Sullivan City**   State: **TX**   ZIP code: **78595**

Foreign country name:   Foreign province/state/county:   Foreign postal code:

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   [ ] You   [ ] Spouse

**Digital Assets**
At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)   [ ] Yes   [X] No

**Standard Deduction**
Someone can claim:   [ ] You as a dependent   [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**
You: [X] Were born before January 2, 1958   [ ] Are blind
Spouse: [ ] Was born before January 2, 1958   [ ] Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here [ ]

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a Form W-2, see instructions.

| | | |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a |
| b | Household employee wages not reported on Form(s) W-2 | 1b |
| c | Tip income not reported on line 1a (see instructions) | 1c |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f |
| g | Wages from Form 8919, line 6 | 1g |
| h | Other earned income (see instructions) | 1h |
| i | Nontaxable combat pay election (see instructions) 1i | |
| z | Add lines 1a through 1h | 1z |
| 2a | Tax-exempt interest  2a | b Taxable interest | 2b | 906. |
| 3a | Qualified dividends  3a | b Ordinary dividends | 3b |
| 4a | IRA distributions  4a | b Taxable amount | 4b |
| 5a | Pensions and annuities  5a | b Taxable amount | 5b |
| 6a | Social security benefits  6a  28,621. | b Taxable amount | 6b | 24,328. |
| c | If you elect to use the lump-sum election method, check here (see instructions) [ ] | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here [ ] | 7 |

Attach Schedule B if required.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
UYA

Form **1040-SR** (2022)

Form 1040-SR (2022) Noel A Zamora                                                        ###-##-3203    Page 2

|  |  |  |  |
|---|---|---|---|
| | 8 | Other income from Schedule 1, line 10 | 8 | 92,815. |
| | 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 118,049. |
| | 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| | 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 118,049. |
| **Standard Deduction** See *Standard Deduction Chart* on the last page of this form. | 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 14,700. |
| | 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| | 14 | Add lines 12 and 13 | 14 | 14,700. |
| | 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 103,349. |
| **Tax and Credits** | 16 | **Tax** (see instructions). Check if any from: 1 ☐ Form(s) 8814   2 ☐ Form(s) 4972   3 ☐ _____ | 16 | 18,639. |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 18,639. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | 0. |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 18,639. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 0. |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 18,639. |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 ........................ 25a | | |
| | b | Form(s) 1099 ....................... 25b | | |
| | c | Other forms (see instructions) ..... 25c | | |
| | d | Add lines 25a through 25c | 25d | |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2022 estimated tax payments and amount applied from 2021 return | 26 | |
| | 27 | Earned income credit (EIC) .............. NO 27 | | |
| | 28 | Additional child tax credit from Schedule 8812 ... 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 ... 29 | | |
| | 30 | Reserved for future use .................. 30 | | |
| | 31 | Amount from Schedule 3, line 15 ........... 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | 0. |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 0. |

Go to *www.irs.gov/Form1040SR* for instructions and the latest information.                          Form **1040-SR** (2022)
UYA

Form 1040-SR (2022) Noel A Zamora                                            ***-**-3203      Page 3

| | | | | |
|---|---|---|---|---|
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 0. |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | 35a | 0. |

Direct deposit? See instructions.
   b Routing number XXXXXX    c Type: ☐ Checking  ☐ Savings
   d Account number XXXXXX

36 Amount of line 34 you want **applied to your 2023 estimated tax** | 36 | |

| | | | | |
|---|---|---|---|---|
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe**. For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | 18,753. |
| | 38 | Estimated tax penalty (see instructions) | 38 | 114. |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS? See instructions ... ☒ **Yes. Complete below.** ☐ No
Designee's name: Pedro D Lopez    Phone no. 956-693-8005    Personal identification number (PIN) 55555

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature: *[signed]*   Date: 9-1-23   Your occupation: Self-employed
Spouse's signature. If a joint return, **both** must sign.   Date:   Spouse's occupation:
If the IRS sent you an Identity Protection PIN, enter it here (see inst.):
If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.):

Phone no.    Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|
| Pedro D Lopez | Pedro D Lopez | 09/01/2023 | P01231639 | |

Firm's name: P.D.L. Tax Advocate    Phone no. (956) 693-8005
Firm's address: 9802 McPherson Rd., Ste. 111 Top, Laredo, TX, 78045    Firm's EIN: 86-3827158

Go to *www.irs.gov/Form1040SR* for instructions and the latest information.    Form **1040-SR** (2022)
UYA

Form 1040-SR (2022) Noel A Zamora                                                               3203    Page **4**

**Standard Deduction Chart***

Add the number of boxes checked in the "Age/Blindness" section of *Standard Deduction* on page 1 . . . . . . . . . .

| IF your filing status is... | AND the number of boxes checked is... | THEN your standard deduction is... |
|---|---|---|
| Single | 1 | $14,700 |
|  | 2 | 16,450 |
| Married filing jointly | 1 | $27,300 |
|  | 2 | 28,700 |
|  | 3 | 30,100 |
|  | 4 | 31,500 |
| Qualifying surviving spouse | 1 | $27,300 |
|  | 2 | 28,700 |
| Head of household | 1 | $21,150 |
|  | 2 | 22,900 |
| Married filing separately** | 1 | $14,350 |
|  | 2 | 15,750 |
|  | 3 | 17,150 |
|  | 4 | 18,550 |

*Don't use this chart if someone can claim you (or your spouse if filing jointly) as a dependent, your spouse itemizes on a separate return, or you were a dual-status alien. Instead, see instructions.

**You can check the boxes for your spouse if your filing status is married filing separately and your spouse had no income, isn't filing a return, and can't be claimed as a dependent on another person's return.

Go to *www.irs.gov/Form1040SR* for instructions and the latest information.                            Form **1040-SR** (2022)
UYA

| SCHEDULE 1<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service | Additional Income and Adjustments to Income<br>Attach to Form 1040, 1040-SR, or 1040-NR.<br>Go to *www.irs.gov/Form1040* for instructions and the latest information. | OMB No. 1545-0074<br>**2022**<br>Attachment<br>Sequence No. 01 |
|---|---|---|

Name(s) shown on Form 1040, 1040-SR, or 1040-NR: Noel A Zamora

Your social security number: ###-##-3203

### Part I  Additional Income

| | | | |
|---|---|---|---:|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | 1 | |
| 2a | Alimony received | 2a | |
| b | Date of original divorce or separation agreement (see instructions): | | |
| 3 | Business income or (loss). Attach Schedule C | 3 | |
| 4 | Other gains or (losses). Attach Form 4797 | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 5 | 139,787. |
| 6 | Farm income or (loss). Attach Schedule F | 6 | -46,972. |
| 7 | Unemployment compensation | 7 | |
| 8 | Other income: | | |
| a | Net operating loss | 8a | ( ) |
| b | Gambling | 8b | |
| c | Cancellation of debt | 8c | |
| d | Foreign earned income exclusion from Form 2555 | 8d | ( ) |
| e | Income from Form 8853 | 8e | |
| f | Income from Form 8889 | 8f | |
| g | Alaska Permanent Fund dividends | 8g | |
| h | Jury duty pay | 8h | |
| i | Prizes and awards | 8i | |
| j | Activity not engaged in for profit income | 8j | |
| k | Stock options | 8k | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8l | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | 8m | |
| n | Section 951(a) inclusion (see instructions) | 8n | |
| o | Section 951A(a) inclusion (see instructions) | 8o | |
| p | Section 461(l) excess business loss adjustment | 8p | |
| q | Taxable distributions from an ABLE account (see instructions) | 8q | |
| r | Scholarship and fellowship grants not reported on Form W-2 | 8r | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | 8s | ( ) |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan | 8t | |
| u | Wages earned while incarcerated | 8u | |
| z | Other income. List type and amount: | 8z | |
| 9 | Total other income. Add lines 8a through 8z | 9 | |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | 10 | 92,815. |

For Paperwork Reduction Act Notice, see your tax return instructions.                                 Schedule 1 (Form 1040) 2022
UYA

Noel A Zamora

Schedule 1 (Form 1040) 2022

### Part II  Adjustments to Income

| | | |
|---|---|---|
| 11 | Educator expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 |
| 13 | Health savings account deduction. Attach Form 8889 . . . . . . . . . . . . . . . . . . . | 13 |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . . . . . . . . . . . . | 14 |
| 15 | Deductible part of self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . | 15 |
| 16 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . . . . . . . . . . . . | 16 |
| 17 | Self-employed health insurance deduction . . . . . . . . . . . . . . . . . . . . . . . . . | 17 |
| 18 | Penalty on early withdrawal of savings . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 |
| 19a | Alimony paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19a |
| b | Recipient's SSN . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| c | Date of original divorce or separation agreement (see instructions) | |
| 20 | IRA deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 |
| 21 | Student loan interest deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 |
| 22 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22 |
| 23 | Archer MSA deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 |
| 24 | Other adjustments: | |
| a | Jury duty pay (see instructions) . . . . . . . . . . . . . . . . . | 24a |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit . . . . . . . . . | 24b |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m . . . . . . . . . . | 24c |
| d | Reforestation amortization and expenses . . . . . . . . . . . . . | 24d |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . . . . . . . . . . . . . . . . | 24e |
| f | Contributions to section 501(c)(18)(D) pension plans . . . . . . . . . | 24f |
| g | Contributions by certain chaplains to section 403(b) plans . . . . . . . | 24g |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) . . . . . . . . . . . | 24h |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations . . . . . . . . . . . . . . . . . . | 24i |
| j | Housing deduction from Form 2555 . . . . . . . . . . . . . . . . | 24j |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) . . . . . . . . . . . . . . . . . . . . . . . . . . | 24k |
| z | Other adjustments. List type and amount: _____ _____ | 24z |
| 25 | Total other adjustments. Add lines 24a through 24z . . . . . . . . . . . . . . . . . . . . | 25 |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040 or 1040-SR, line 10, or Form 1040-NR, line 10a . . . . . . . . . . . . . | 26 | 0. |

UYA

Schedule 1 (Form 1040) 2022

# SCHEDULE E
(Form 1040)

Department of the Treasury
Internal Revenue Service

## Supplemental Income and Loss
(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)
Attach to Form 1040, 1040-SR, 1040-NR, or 1041.
Go to www.irs.gov/ScheduleE for instructions and the latest information.

OMB No. 1545-0074

**2022**

Attachment Sequence No. **13**

Name(s) shown on return: **Noel A Zamora**

Your social security number: ###-##-3203

### Part I — Income or Loss From Rental Real Estate and Royalties

**Note:** If you are in the business of renting personal property, use **Schedule C**. See instructions. If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

A Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions ...... ☐ Yes  ☒ No
B If "Yes," did you or will you file required Form(s) 1099? .......................... ☐ Yes  ☐ No

**1a** Physical address of each property (street, city, state, ZIP code)
A
B
C

| 1b Type of Property (from list below) | 2 For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|
| A  4 | | A | | | ☐ |
| B  4 | | B | | | ☐ |
| C  6 | | C | | | ☐ |

**Type of Property:**
1 Single Family Residence   3 Vacation/Short-Term Rental   5 Land        7 Self-Rental
2 Multi-Family Residence    4 Commercial                   6 Royalties   8 Other (describe)

| | | | Properties: A | B | C |
|---|---|---|---|---|---|
| **Income:** | | | | | |
| 3 | Rents received | 3 | 134,174. | 5,400. | |
| 4 | Royalties received | 4 | | | 213. |
| **Expenses:** | | | | | |
| 5 | Advertising | 5 | | | |
| 6 | Auto and travel (see instructions) | 6 | | | |
| 7 | Cleaning and maintenance | 7 | | | |
| 8 | Commissions | 8 | | | |
| 9 | Insurance | 9 | | | |
| 10 | Legal and other professional fees | 10 | | | |
| 11 | Management fees | 11 | | | |
| 12 | Mortgage interest paid to banks, etc. (see instructions) | 12 | | | |
| 13 | Other interest | 13 | | | |
| 14 | Repairs | 14 | | | |
| 15 | Supplies | 15 | | | |
| 16 | Taxes | 16 | | | |
| 17 | Utilities | 17 | | | |
| 18 | Depreciation expense or depletion | 18 | | | |
| 19 | Other (list) | 19 | | | |
| 20 | Total expenses. Add lines 5 through 19 | 20 | 0. | 0. | 0. |
| 21 | Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | 21 | 134,174. | 5,400. | 213. |
| 22 | Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | 22 | ( 0. ) | ( 0. ) | ( 0. ) |

| | | | |
|---|---|---|---|
| 23a | Total of all amounts reported on line 3 for all rental properties | 23a | 139,574. |
| b | Total of all amounts reported on line 4 for all royalty properties | 23b | 213. |
| c | Total of all amounts reported on line 12 for all properties | 23c | 0. |
| d | Total of all amounts reported on line 18 for all properties | 23d | 0. |
| e | Total of all amounts reported on line 20 for all properties | 23e | 0. |
| 24 | **Income.** Add positive amounts shown on line 21. **Do not** include any losses | 24 | 139,787. |
| 25 | **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | 25 | ( 0. ) |
| 26 | **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Schedule 1 (Form 1040), line 5. Otherwise, include this amount in the total on line 41 on page 2 | 26 | 139,787. |

For Paperwork Reduction Act Notice, see the separate instructions.                Schedule E (Form 1040) 2022
UYA
                                              NPA            213.

# SCHEDULE F
## (Form 1040)
Department of the Treasury
Internal Revenue Service

## Profit or Loss From Farming

Attach to Form 1040, Form 1040-SR, Form 1040-NR, Form 1041, or Form 1065.
Go to *www.irs.gov/ScheduleF* for instructions and the latest information.

OMB No. 1545-0074

**2022**

Attachment Sequence No. **14**

| | |
|---|---|
| Name of proprietor: Noel A Zamora | Social security number (SSN): ###-##-3203 |
| A Principal crop or activity: Cattle and Hay | B Enter code from Part IV: 112112 |
| C Accounting method: [X] Cash  [ ] Accrual | D Employer ID number (EIN) (see instr.): |

E Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on passive losses . . . [X] Yes  [ ] No
F Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions . . . . . . . . . . . . . . . . [ ] Yes  [X] No
G If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

### Part I  Farm Income - Cash Method. Complete Parts I and II. (Accrual method. Complete Parts II and III, and Part I, line 9.)

| | | | | |
|---|---|---|---|---|
| 1a | Sales of livestock and other resale items (see instructions) | 1a | | |
| b | Cost or other basis of livestock or other items reported on line 1a | 1b | | |
| c | Subtract line 1b from line 1a | | 1c | |
| 2 | Sales of livestock, produce, grains, and other products you raised | | 2 | |
| 3a | Cooperative distributions (Form(s) 1099-PATR) | 3a | 3b Taxable amount 3b | |
| 4a | Agricultural program payments (see instructions) | 4a 10,846. | 4b Taxable amount 4b | 10,846. |
| 5a | Commodity Credit Corporation (CCC) loans reported under election | | 5a | |
| b | CCC loans forfeited | 5b | 5c Taxable amount 5c | |
| 6 | Crop insurance proceeds and federal crop disaster payments (see instructions): | | | |
| a | Amount received in 2022 | 6a 11,112. | 6b Taxable amount 6b | 11,112. |
| c | If election to defer to 2023 is attached, check here [ ] | 6d Amount deferred from 2021 | 6d | |
| 7 | Custom hire (machine work) income | | 7 | |
| 8 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | | 8 | 46,753. |
| 9 | **Gross income.** Add amounts in the right column (lines 1c, 2, 3b, 4b, 5a, 5c, 6b, 6d, 7, and 8). If you use the accrual method, enter the amount from Part III, line 50. See instructions | | 9 | 68,711. |

### Part II  Farm Expenses - Cash and Accrual Method. Do not include personal or living expenses. See instructions.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | Car and truck expenses (see instructions). Also attach Form 4562 | 10 | | 23 | Pension and profit-sharing plans | 23 | | |
| | | | | 24 | Rent or lease (see instructions): | | | |
| 11 | Chemicals | 11 | | a | Vehicles, machinery, equipment | 24a | | |
| 12 | Conservation expenses (see instructions) | 12 | | b | Other (land, animals, etc.) | 24b | | |
| 13 | Custom hire (machine work) | 13 | | 25 | Repairs and maintenance | 25 | 30,004. | |
| 14 | Depreciation and section 179 expense (see instructions) | 14 | | 26 | Seeds and plants | 26 | 300. | |
| | | | | 27 | Storage and warehousing | 27 | | |
| 15 | Employee benefit programs other than on line 23 | 15 | | 28 | Supplies | 28 | 2,201. | |
| | | | | 29 | Taxes | 29 | 3,617. | |
| 16 | Feed | 16 | 11,827. | 30 | Utilities | 30 | 2,954. | |
| 17 | Fertilizers and lime | 17 | | 31 | Veterinary, breeding, and medicine | 31 | 5,256. | |
| 18 | Freight and trucking | 18 | | 32 | Other expenses (specify): | | | |
| 19 | Gasoline, fuel, and oil | 19 | 14,940. | a | Advertisement | 32a | 234. | |
| 20 | Insurance (other than health) | 20 | 9,621. | b | Bank Charges | 32b | 4,328. | |
| 21 | Interest (see instructions): | | | c | Regi./App/Pk/Misc | 32c | 867. | |
| a | Mortgage (paid to banks, etc.) | 21a | | d | Tools/Materi./Unif | 32d | 16,924. | |
| b | Other | 21b | | e | Lodging/Meals/Travel | 32e | 9,064. | |
| 22 | Labor hired (less employment credits) | 22 | 3,546. | f | | 32f | | |
| 33 | **Total expenses.** Add lines 10 through 32f. If line 32f is negative, see instructions | | | | | 33 | 115,683. | |
| 34 | **Net farm profit or (loss).** Subtract line 33 from line 9 | | | | | 34 | -46,972. | |

If a profit, stop here and see instructions for where to report. If a loss, complete line 36.

35 Reserved for future use.

36 Check the box that describes your investment in this activity and see instructions for where to report your loss:
a [X] All investment is at risk.    b [ ] Some investment is not at risk.

For Paperwork Reduction Act Notice, see the separate instructions.
UYA

Schedule F (Form 1040) 2022

| Form **8995** | **Qualified Business Income Deduction** | OMB No. 1545-2294 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | **Simplified Computation**<br>Attach to your tax return.<br>Go to *www.irs.gov/Form8995* for instructions and the latest information. | **2022**<br>Attachment<br>Sequence No. 55 |

| Name(s) shown on return | Your taxpayer identification number |
|---|---|
| Noel A Zamora | 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 |

**Note.** *You can claim the qualified business income deduction only if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*

*Use this form if your taxable income, before your qualified business income deduction, is at or below $170,050 ($340,100 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | Cattle and Hay | 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 | -46,972. |
| ii | | | |
| iii | | | |
| iv | | | |
| v | | | |

| | | | |
|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | 2 | -46,972. |
| 3 | Qualified business net (loss) carryforward from the prior year | 3 | ( 73,466. ) |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | 4 | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | 5 |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | 6 | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | 7 | ( ) |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | 8 | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | 9 |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | 10 |
| 11 | Taxable income before qualified business income deduction (see instructions) | 11 | 103,349. |
| 12 | Net capital gain (see instructions) | 12 | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | 13 | 103,349. |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | 14 | 20,670. |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) | | 15 |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | 16 | ( 120,438. ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | 17 | ( ) |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.    Form **8995** (2022)
UYA